# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES SULLIVAN,<br>    Petitioner<br><br>v.<br><br>JAMES SABA,<br>    Respondent | )<br>)<br>)<br>)  CIVIL ACTION NO. 3:10-30194 -MAP<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent James Saba, against the petitioner James Sullivan, pursuant to the court's endorsed order entered this date, granting the respondent's motion to dismiss.

                                       **SARAH A. THORNTON**,
                                       CLERK OF COURT

Dated: November 29, 2010         By /s/ *Maurice G. Lindsay*
                                                   Maurice G. Lindsay
                                                   Deputy Clerk

(Civil Judgment re Pet v. Resp2 (rutine).wpd - 11/98)
        [jgm.]