# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

JAMES SULLIVAN,  )
    Petitioner  )
                                                          )
          v.  )  CIVIL ACTION NO. 3:10-CV-30194 -MAP
                                                         )
JAMES SABA, Superintendent,  )
    Respondent  )

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent James Saba, against the petitioner James Sullivan, pursuant to the court's memorandum and order entered this date, granting respondent's motion to dismiss.

                                                    **SARAH A. THORNTON**,
                                                    CLERK OF COURT

Dated: April 20, 2012                        By  /s/ *Maurice G. Lindsay*
                                                            Maurice G. Lindsay
                                                            Deputy Clerk

(Civil Judgment re Pet v. Resp3 (rutine).wpd - 11/98)
                           [jgm.]