# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES SULLIVAN,<br>Petitioner | )<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION NO. 3:10-CV-30194 -MAP |
| JAMES SABA, Superintendent,<br>Respondent | )<br>)<br>) | |

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent James Saba, against the petitioner James Sullivan, pursuant to the court's memorandum and order entered this date, granting respondent's motion to dismiss.

SARAH A. THORNTON,
CLERK OF COURT

Dated: April 20, 2012

By /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

(Civil Judgment re Pet v. Resp3 (rutine).wpd - 11/98)
[jgm.]