UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES SULLIVAN<br>  Petitioner<br><br>V.<br><br>JAMES SABA,<br>Superintendent<br>  Respondent, | )<br>)<br>)<br>)<br>)Civil Action No. 3:10-cv-30194-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ~~OPPOSITION TO RESPONDENT'S VARIOUS MOTIONS TO DISMISS AND~~ PETITIONER'S MOTION TO VACATE PREVIOUS ORDER OF DISMISSAL AND ACCEPT SECOND AMENDED PETITION

The Petitioner, James Sullivan respectfully hereby moves this Honorable Court to deny Respondent's latest motion to dismiss and respectfully maintains that there is ample support for Petitioner's habeas claim. Petitioner submits this Opposition to Respondent's Motion to Dismiss under Title 28 U.S.C. Sec. 2254.

The Petitioner further asks this court to vacate its Order granting Respondent's Motion to Dismiss and to accept its Second Amended Petition as complying with this court's order of January 5, 2012.

For the appellate record, the Petitioner objects to this court's failure to allow the Petitioner to bring this case back to the state court for hearings on the merits in an effort to

*DENIED for the reasons set forth in Respondent's opposition, Dkt Nos. 39 and 46.*
*Michael A. Ponsor USDJ 6-21-12*