UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES SULLIVAN )
  Petitioner )
)
v. ) Civil Action No. 10-CV-30194-MAP
)
JAMES SABA )
  Respondent )

## MOTION TO RECONSIDER DISMISSAL OF HABEAS PETITION

Now comes the Petitioner in the above-entitled matter and hereby moves this Honorable Court to reconsider allowance of the Respondent's Motion to Dismiss and the dismissal the Habeas Petition by Judge Michael Ponsor on April 20, 2012.

The Petitioner in this matter filed an Amended Habeas Petitioner and in doing so mistakenly misinterpreted the order of Judge Michael Ponsor issued on January 5, 2012. The Petitioner contends that the Amended Petition did delete grounds three and four per the Judge's order. As there were issues of ineffective assistance of counsel related to grounds one and two these arguments were contained in the Amended Petition. Further as the order dated January 5, 2012 not only addressed the Habeas Petition itself, but also the Petitioner's Motion to Vacate the Amended Petition mistakenly argued the *Daubert* issue as that issued had previously been argued and the Petitioner believed it was an issue in front of the court.

WHEREFORE the Petitioner has made the required changes and is requesting that this Honorable Court reconsider the allowance of the Respondent's Motion Dismiss and act on the Second Amended Habeas Petition which the Petitioner believes follows the court's order of January 5, 2012.

*DENIED, for the reasons set forth in Respondent's Opposition (Dkt. 39)*
*So ordered. Michael A. Ponsor USDJ*
*6-21-12*

34