## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action No. 3:10-cv-30194-MAP

|  |  |
|---|---|
| JAMES SULLIVAN | ) |
| Petitioner | ) |
|  | ) |
|  | ) |
| V. | ) |
|  | ) |
|  | ) |
| JAMES SABA, Superintendent | ) |
| Respondent, | ) |

### SECOND AMENDED PETITION OF
### JAMES SULLIVAN TO VACATE, SET ASIDE OR CORRECT SENTENCE
### PURSUANT TO 28 U.S.C. SEC. 2254

The Petitioner in this matter, James Sullivan, is currently incarcerated at James Sullivan

NCCI Gardner, Gardner, MA 01440. Mr. Sullivan's current inmate number is W90552. This IS

THE Second Amended Petition to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C.

Sec. 2254 challenges the conviction of Mr. Sullivan on indictment number HDCR2007-00079

out of the Hamden County Superior Court.

On January 12, 2007, indictments were returned in the Hampden Superior court

charging the defendant[1] with two (2) counts of unlawful distribution of a Class B substance,

---

[1] For purposes of clarity the Petitioner is referred to as the defendant throughout this
petition as he was the criminal defendant in the state proceedings.

DENIED. The court has denied Petitioner's motions
to reconsider (Dkt 34) and to vacate (Dkt 41)
So ordered. Michael O. Ponson USDJ  6·21·12